UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA A. BREAZEALE, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-667 RAJ <br><br> **ORDER REVERSING THE COMMISSIONER AND REMANDING** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.
2) The Commissioner's final decision is **REVERSED** and this matter is **REMANDED** for further proceedings under 42 U.S.C. § 405(g).

DATED this 10th day of January, 2019.

The Honorable Richard A. Jones
United States District Judge

ORDER REVERSING THE COMMISSIONER AND REMANDING - 1